UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

G. SCOTT WHITING,

    Plaintiff,

                                         Case No. 08-12991

-vs-                                     HON. AVERN COHN

ALLSTATE INSURANCE COMPANY,

    Defendant.

_____/

## ORDER REGARDING MOTIONS

This is an action for defamation. The jurisdiction of the Court is based on diversity. Plaintiff has filed a motion to amend the complaint and add a party and has moved to remand. Defendant has filed a motion to dismiss.

For the reasons stated on the record at a hearing on October 1, 2008, the Court GRANTS the motion to amend the complaint and add a party, and DENIES the motion to dismiss. The motion to remand has been withdrawn.

    SO ORDERED.


Dated: October 1, 2008                s/Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 1, 2008, by electronic and/or ordinary mail.


                                                    s/Julie Owens
                                                    Case Manager, (313) 234-5160